**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 17-1387**

———————————

KEN GRYDER,

                Plaintiff - Appellant,

     v.

HCL AMERICA; ADRIENNE KENNDY,

                Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-cv-00246-LMB-JFA)

———————————

Submitted: July 27, 2017                      Decided: July 31, 2017

———————————

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ken Gryder, Appellant Pro Se. Karen Lynn Vossler, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ken Gryder appeals the district court's order dismissing Gryder's civil claims against Defendants after reviewing the complaint pursuant to 28 U.S.C. § 1915 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Gryder's informal brief does not challenge the basis for the district court's dispositive rulings, Gryder has forfeited appellate review of the district court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004); *see also Edwards v. City of Goldsboro*, 178 F.3d 231, 241 n.6 (4th Cir. 1999) (failure to raise issue in opening brief constitutes abandonment of that issue). Accordingly, although we grant Gryder's application to proceed in forma pauperis, we affirm the district court's order. *See Gryder v. HCL America*, No. 1:17-cv-00246-LMB-JFA (E.D. Va. Mar. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*